JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, NATIONAL ELECTRICAL INDUSTRY FUND, AND LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BEARD ELECTRIC, a California corporation,<br><br>        Defendant. | CASE NO.: CV 12-09609-R (CWx)<br><br>ASSIGNED TO THE HONORABLE MANUEL REAL<br><br>**JUDGMENT** |

///

///

**[PROPOSED] JUDGMENT**

12-09609_Proposed Judgment.doc

1  This action having been commenced on November 8, 2012, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant Beard Electric, a California corporation, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, NATIONAL ELECTRICAL INDUSTRY FUND, AND LOS ANGELES ELECTRICAL WORKERS CREDIT UNION shall recover from defendant BEARD ELECTRIC, a California corporation, the principal amount of $10,405.26, plus post-judgment interest as provided by law, from the date judgment is entered until paid in full.

Dated: _Feb. 28, 2013_           _____
                                 UNITED STATES DISTRICT JUDGE